(1) HUD's motion to summarily vacate is granted. The district court's order transferring this case to the Court of Federal Claims and the district court's order denying Senate Manor's motion for an injunction are vacated and the case is remanded for further proceedings.

(2) Costs are awarded to Senate Manor.

(3) Senate Manor's motion for an injunction pending appeal is moot.

(4) Absent the filing of a petition for rehearing, the mandate shall issue on the seventh calendar day following the date of filing of this order.

## ORDER

Petitioner's motion for leave to proceed in forma pauperis having been granted, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

Artis D. GOODLOE, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2008–3271.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2008.

Gary DAY, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7097.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2008.

Artis D. Goodloe, Chicago, IL, pro se.

Jeremiah M. Luongo, Department of Justice, Washington, DC, for Respondent.

Gary Day, Willow Springs, MO, pro se.

Hillary A. Stern, Department of Justice, Washington, DC, for Respondent–Appellee.